IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01316-RPM-BNB

GOODWILL, KFT.,

Plaintiff,

v.

NEOPLAN USA CORPORATION,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1)   **Goodwill's Motion to Close the Enforcement Process of the Garnishment Through Issuing a Court's Order** [Doc. # 63, filed 8/12/05];

(2)   A second and identical copy of **Goodwill's Motion to Close the Enforcement Process of the Garnishment Through Issuing a Court's Order** [Doc. # 69, filed 8/30/05]; and

(3)   **Letter** from Goodwill Kft., signed by Sores Arpad, its CEO and not a member of the bar of this court [Doc. # 65, filed 8/19/05].

Plaintiff, Goodwill, Kft. ("Goodwill"), initially was represented by Eugene F. Megyesy, Jr., of the Dufford & Brown law firm. Goodwill brought an action against Neoplan USA Corporation ("Neoplan") allegeing breach of contract and quantum meruit. Judgment entered in favor of Goodwill and against Neoplan in the amount of $134,730 plus interest on September 23, 2004. Thereafter, Goodwill undertook efforts to collect its judgment, including the issuance of writs of garnishment.

Mr. Megyesy moved to withdraw as counsel for Goodwill on July 7, 2005. I granted the motion to withdraw on August 2, 2005, following a hearing. Order [Doc. # 61, filed 8/2/05]. Goodwill is a corporation and cannot proceed pro se. Flora Const. Co. v. Fireman's Fund Ins. Co., 307 F.2d 413, 413-14 (10th Cir. 1962)(noting that "[t]he rule is well established that a corporation can appear in a court of record only by an attorney at law"); Wallic v. Owens-Corning Fiberglass Corp., 40 F. Supp. 2d 1185, 1188 (D. Colo. 1999)(same). Consequently, in connection with allowing its counsel to withdraw, I ordered Goodwill to cause substitute counsel to enter its appearance on or before August 16, 2005. No counsel has entered an appearance. Instead, Goodwill's chief executive officer, Sores Arpad, has filed the three motions here at issue.

IT IS ORDERED **Goodwill's Motion to Close the Enforcement Process of the Garnishment Through Issuing a Court's Order** [Doc. # 63, filed 8/12/05]; **Goodwill's Motion to Close the Enforcement Process of the Garnishment Through Issuing a Court's Order** [Doc. # 69, filed 8/30/05]; and **Letter** from Goodwill Kft., [Doc. # 65, filed 8/19/05], are STRICKEN.

Dated February 15, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge