IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01316-RPM-BNB

GOODWILL, KFT.,

Plaintiff,

v.

NEOPLAN USA CORPORATION,

Defendant.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that **BNY Asset Solutions, LLC's Motion for Ruling on Pending (1) Traverse of Garnishment Answer and (2) Motion for Release of Funds to First National Bank in Lamar** [Doc. # 67, filed 8/24/05] is DENIED as moot in view of the Recommendation of United States Magistrate Judge entered today.

DATED:  February 16, 2006