IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.   04-cv-01316-RPM-BNB

GOODWILL, KFT.,

 Plaintiff,
v.

NEOPLAN USA CORPORATION,

 Defendant,

v.

WELLS FARGO BANK,
U.S. BANK, and
FIRST NATIONAL BANK IN LAMAR,

 Garnishee,

v.

BNY ASSET SOLUTIONS, LLC,

 Intervenor.

---

ORDER TERMINATING GARNISHMENT PROCEEDINGS AND DIRECTING
PAYMENT FROM COURT REGISTRY TO FIRST NATIONAL BANK OF LAMAR

---

 On February 16, 2006, United States Magistrate Judge Boyd N. Boland filed a recommendation to resolve garnishment proceedings under Fed R. Civ. P. 69, referred to him pursuant to D.C.COLO.LCivR 72.1(B)(4).  In an attempt to recover on the judgment in favor of Goodwill, KFT, and against Neoplan USA Corporation entered by this Court on September 23, 2004, the plaintiff and judgment creditor Goodwill, KFT,

caused garnishee summons to be issued to U.S. Bank and the First National Bank of Lamar. They responded and the plaintiff filed a traverse. BNY Asset Solutions, LLC, was permitted to intervene to assert a security interest on behalf of creditors of Neoplan USA Corporation in the bank accounts. In the course of proceedings before Magistrate Judge Boland, counsel for the plaintiff, Goodwill, KFT, were permitted to withdraw and no substitution of counsel was made. The plaintiff is therefore unrepresented in this matter.

In his recommendation, the magistrate judge found that the security interest was perfected prior to the plaintiff's service of garnishee summons and the plaintiff's status as a lien creditor. Also in the course of the proceedings, First National Bank of Lamar deposited in the Court registry the $105,110.71, which it held in a checking account. Upon full review of the record made in this matter on the Rule 69 proceedings, it is now\

ORDERED that the findings and conclusions of Magistrate Judge Boland in his Recommendation are incorporated herein as the Court's findings and conclusions and it is

FURTHER ORDERED that the plaintiff's traverse to the writs of garnishment and garnishee summons is denied and it is

FURTHER ORDERED that the Clerk of this court shall pay to the First National Bank of Lamar the funds on deposit in the registry of this court for redeposit into the Neoplan bank accounts in which BNY Asset Solutions, LLC, has a perfected security interest and it is

FURTHER ORDERED that these Rule 69 proceedings are now closed.

Dated: March 13th, 2006

BY THE COURT:

Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge